IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSIE HAND COOVER,

      Appellant,

v.

SYFRETT & DYKES  LAW
OFFICES, P. A.,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-856

Opinion filed November 10, 2014.

An appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

Paul M. Anderson of Anderson & Hart, P.A., Tallahassee, for Appellant.

Adam L. Hood of Adam L. Hood, P.A., Panama City, for Appellee.

PER CURIAM.

      AFFIRMED.

VAN NORTWICK, WETHERELL, and MAKAR, JJ., CONCUR.